**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DUSTIN ADAMSON and DAVID WHITE, on behalf of others similarly situated, | : : : | **ELECTRONICALLY FILED** |
| | : | |
| Plaintiffs, | : : | Civil Action No. 2:20-cv-00778-CB |
| | : | |
| vs. | : : | Judge Cathy Bissoon |
| | : | |
| KIRKHAM SOLUTIONS, INC. and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, | : : : : : | |
| | : | |
| Defendants. | : | |

## JOINT MOTION TO APPROVE SETTLEMENT

Plaintiffs Dustin Adamson and David White (collectively, "Plaintiffs") and Defendants

Kirkham Solutions, Inc. and Comcast Cable Communications Management, LLC ("Defendants")

(collectively referred to as "the Parties"), by and through their attorneys of record, respectively

move for entry of the proposed Order granting final approval of the settlement between the Parties

in this action.

1. On May 27, 2020, Plaintiffs instituted this action against Defendants, alleging violations

of the Fair Labor Standards Act ("FLSA") and the Pennsylvania Minimum Wage Act

("PMWA") by allegedly misclassifying Plaintiffs as independent contractors rather than

employees and failing to pay Plaintiffs overtime compensation. *See* Dkt. 1.

2. On November 11, 2020, Mediator Carole Katz ("Mediator Katz") filed a Report of Neutral

based on the November 10, 2020 mediation, notifying the Court that the case had been resolved.

*See* Dkt. 26.

3. On November 12, 2020, this Court ordered a "Statistical Closing" of the matter and noted

that it had been advised of settlement. *See* Dkt. 27. The Parties seek the Court's review of their

settlement to give it final and binding effect. *See Mesta v. Citizens Bank, N.A.*, No. 2:14-CV-00703-LPL, 2015 WL 4039358, at *1 (W.D. Pa. June 30, 2015) (citing *Lynn's Food Stores, Inc. v. US. ex rel U.S. Dep't. of Labor*, 679 F.2d 1350 (11th Cir. 1982)).

4.    The Parties engaged in extensive settlement discussions during their mediation on November 10, 2020.  Experienced counsel represented all Parties.  Mediator Katz is an experienced and reputable mediator with decades of experience in employment litigation.  Prior to her role as a mediator, she was a labor and employment partner at two international law firms and, most recently, Vice President of Litigation for FedEx Ground where she was responsible for all of the company's litigation, including dozens of well-publicized independent contractor misclassification class actions.  At mediation, each Party had the opportunity to fully discuss their claims and defenses and engaged in negotiations at arms' length.  *See Kapolka v. Anchor Drilling Fluids USA, LLC*, No. 2:18-CV-01007-NR, 2019 WL 5394751, at *2 (W.D. Pa. Oct. 22, 2019) ("When the proposed settlement results from arm's length negotiation between competent counsel, the Court begins with a 'strong presumption in favor of finding [the] settlement fair[.]'").  As a result, the Parties reached agreement on the material terms of a settlement of Plaintiffs' claims and executed the attached Settlement Agreement and Release to that effect.  A copy of the Settlement Agreement is attached hereto as Exhibit A.

5.    Although Plaintiffs' lawsuit was originally presented as a possible class and collective action, Plaintiffs did not seek certification and no such class has been certified by the Court.  Therefore, Plaintiffs Adamson and White are the only parties to the Settlement Agreement.  The rights of the putative class and collection action members are not affected or prejudiced by the settlement.

6. In exchange for the promises, agreements, and legal releases stated in the Settlement Agreement, Plaintiffs and their counsel will receive the sum of Fifty Thousand Dollars ($50,000.00) in full and complete satisfaction of all claims in this action. Plaintiffs have agreed to release Defendants from any and all wage and hour and wage payment claims under federal, state, or local law. According to the terms of the Settlement Agreement, Plaintiff Adamson will receive Three Thousand Dollars ($3,000.00) for alleged unpaid wages and Three Thousand Dollars ($3,000.00) for alleged liquidated damages, and Plaintiff White will receive Two Thousand Dollars ($2,000.00) for alleged unpaid wages and Two Thousand Dollars ($2,000.00) for alleged liquidated damages. For all claims related to attorneys' fees and costs, Plaintiffs' attorneys Sommers Schwartz, P.C. will receive Forty Thousand Dollars ($40,000.00). In the settlement, Defendants do not admit wrongdoing or liability regarding Plaintiffs' claims, including, but not limited to, claims that Plaintiffs and/or any putative class or collective action members are or were employees of Defendants.

7. This settlement represents "a fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Kapolka*, 2019 WL 5394751, at *1 (W.D. Pa. Oct. 22, 2019) (quoting *Cuttic v. Crozer-Chester Med. Ctr.*, 868 F. Supp. 2d 464, 466 (E.D. Pa. 2012) (internal quotation marks omitted)).

8. In this case, there is a bona fide dispute regarding whether Plaintiffs' claims are viable (which they are not if they properly were classified as contactors as Defendants contend) and the extent of any damages under the FLSA and the PMWA. Despite these disagreements, the Parties have reached a compromise that reflects the positions of the Parties with respect to potential litigation costs and risks for each.

9.   In their Complaint and ensuing settlement negotiations, Plaintiffs alleged that they were owed approximately $15,000 for unpaid wages, including unpaid overtime payments in accordance with the FLSA and PMWA.  In response, Defendants argued that Plaintiffs were correctly classified as independent contractors and not eligible for overtime payments. Furthermore, Defendants disputed Plaintiffs' claims of unpaid wages by producing numerous wage and hour records supporting a dispute regarding the number of hours the Plaintiffs worked. After reviewing the records and conferring with Mediator Katz, the Parties reached an agreement to dismiss and release Plaintiffs' claims in exchange for the payments described above.

10. The settlement amount represents a negotiated compromise that takes into account Plaintiffs' calculated potential damages, the risk to and expense of the Parties, and the uncertainty of litigation.  *See Leap v. Yoshida*, No. CV 14-3650, 2016 WL 1730693, at *9 (E.D. Pa. May 2, 2016) (finding "settlement clearly reflects a compromise over issues that are actually in dispute" where parties remained in disagreement over FLSA liability and settlement agreement reflected risks for both parties of further litigation).

11. The complexity, expense, and likely duration of further litigation, the risk for Plaintiffs of recovering anything at all, and the Parties' analysis of the potential damages all support the conclusion that the Settlement Agreement is fair and reasonable.

WHEREFORE, the Parties therefore request that this Court grants this Motion and approve the Settlement Agreement as fair and reasonable and to dismiss the case with prejudice.

Dated: January 12, 2021

Respectfully submitted,

WINEBRAKE & SANTILLO, LLC          SHERRARD GERMAN AND KELLY

*/s/ Charles R. Ash, IV*                      */s/ Suzanne L. DeWalt*

4

Mark J. Gottesfeld
Peter Winebrake
715 Twining Road
Suite 211
Dresher, PA  19025
215.884.2491
215.884.2492 (fax)
mgottesfeld@winebrakelaw.com
pwinebrake@winebrakelaw.com

SOMMERS SCHWARTZ, P.C.

Charles R. Ash, IV (MI #P73877) (*pro hac vice*)
Kevin Stoops (MI #P64371) (*pro hac vice*)
One Towne Square
Suite 1700
Southfield, MI  48076
248.786.4586
248.936.2114 (fax)
crash@sommerspc.com
kstoops@sommerspc.com

*Attorneys for Plaintiffs*

Suzanne L. DeWalt (PA #42072)
620 Liberty Avenue
Two PNC Plaza, 28th Floor
Pittsburgh, PA 15222
412.258.6728
412.261.6221 (fax)
sld@sgkpc.com

*Attorney for Defendant Kirkham Solutions, Inc.*

MORGAN, LEWIS & BOCKIUS, LLP

Christopher K. Ramsey (PA #63293)
32nd Floor, One Oxford Centre
Pittsburgh, PA 15219
412.560.3300
412.560.7001 (fax)
christopher.ramsey@morganlewis.com

Michael J. Puma (PA #94463) (*pro hac vice*)
1701 Market Street
Philadelphia, PA 19103
215.963.5000
215.963.5001 (fax)
michael.puma@morganlewis.com

*Attorneys for Defendant Comcast Cable Communications Management, LLC*