# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DUSTIN ADAMSON and DAVID WHITE, on behalf of others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>KIRKHAM SOLUTIONS, INC. and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>　　　　　　　　Defendants. | Civil Action No. 2:20-cv-00778-CB<br><br>Judge Cathy Bissoon |

## ORDER OF COURT

Upon consideration of the Parties' Joint Motion to Approve Settlement, it is hereby ORDERED, this **13th day of January, 2021,** that said Motion is GRANTED.  The Parties' Settlement Agreement falls within the range of reasonableness, and the Court finds the settlement to be fair, reasonable, and adequate as to the Plaintiffs.  The Parties shall proceed in accordance with the Settlement Agreement.

The instant action is hereby dismissed with prejudice.  The Court shall maintain jurisdiction over the enforcement of the Parties' Settlement Agreement.

　　　　　　　　　　　　　　　　　　　　　　　s\Cathy Bissoon_____
　　　　　　　　　　　　　　　　　　　　　　　Cathy Bissoon
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge